**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

NOTICE

---

No. 24-1650 (L), Appalachian Voices v. FERC
RM21-17-000, RM21-17-001

TO: Counsel

Any amended petitions for review must be filed in their respective case using the **Amended petition/motion** event.

Karen Stump, Deputy Clerk
804-916-2704